# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

BRADLEY A. EVERTSON,

        Plaintiff,

v.                                        Case No. 05-4046-SAC

TOPEKA ASSOCIATION
for RETARDED CITIZENS,

        Defendant.

## **ORDER**

On February 9, 2006, the Court granted Plaintiff's Motion for Reconsideration of Appointment of Counsel (Doc. 32). The Court hereby appoints Kirk Lowry, a member of the bar of this Court, to represent Plaintiff in this action. Kirk Lowry's address is 635 S.W. Harrison, Topeka, Kansas, 66603, and his telephone number is 785-273-9661.

The Court requests that Mr. Lowry file formal entry of appearance. Further, the Court suggests that Mr. Lowry review the *pro se* complaint and determine whether a motion to amend the complaint should be filed. The Court also suggests that Mr. Lowry review D. Kan. Rules 83.5.3(e)(2) and (f), and 83.5.3.1 regarding the reimbursement of out-of-pocket expenses that are incurred by appointed counsel, available on the court's website at:

        www.ksd.uscourts.gov/forms/index.php

Copies of this Order shall be sent to Plaintiff and the attorney appointed to represent Plaintiff.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2006, at Topeka, Kansas.

<u>s/ K. Gary Sebelius</u>  
K. Gary Sebelius  
U.S. Magistrate Judge